FILED
2022 MAR 15 AM 9:54
CLERK
U.S. DISTRICT COURT

ANDREA T. MARTINEZ, United States Attorney (#9313)
ANGELA M. REDDISH-DAY, Assistant United States Attorney (#15910)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4265

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WARREN CARL KENNEDY,<br><br>Defendant. | Case No.  Case: 4:22−cr−00022<br>Assigned To : Nuffer, David<br><br>FELONY INFORMATION<br><br><u>COUNT I</u>: 18 U.S.C. § 922(g)(1),<br>Felon in Possession of Firearms.<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

The United States Attorney charges:

### **COUNT I**
(Felon in Possession of Firearms)

On or about May 15, 2020, in the Central Division of the District of Utah,

### **WARREN CARL KENNEDY**,

defendant herein, knowing he had previously been convicted of a crime punishable by

imprisonment for a term exceeding one year, knowingly possessed firearms, to wit:

- a Ruger, Model 10/22, 22 caliber rifle;
- a Smith & Wesson, Model 586, 357 caliber revolver; and
- a Astra, Model 357, 357 caliber revolver;

and the firearms were in and affecting commerce; all in violation of 18 U.S.C. § 922(g)(1).

### NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of any

offense charged herein in violation of 18 U.S.C. § 922, the defendant shall forfeit to the United

States of America any firearms involved in or used in the commission of the offense, including,

but not limited to:

- a Ruger, Model 10/22, 22 caliber rifle;
- a Smith & Wesson, Model 586, 357 caliber revolver; and
- a Lorcin Model 22 handgun.

DATED this 11th day of February, 2022.

ANDREA T. MARTINEZ
United States Attorney


*/s/ Angela M. Reddish-Day*

ANGELA M. REDDISH-DAY
Assistant United States Attorney